IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:17-CV-504-FL

| | | |
|---|---|---|
| WRIGHT FOODS GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| DAVID CLARK and ALBERT L. MCAULAY, III., | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown in the Joint Motion to Stay All Deadlines, it is hereby ORDERED that all deadlines in this action are STAYED pending approval of licensing changes from the United States Department of Agriculture. In the event the action remains pending three months from this date, the parties shall then file joint report advising as to the status of their settlement efforts.

This the 16th day of May, 2018.

Louise W. Flanagan
United States District Judge